**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1796**

LOUIS BONANNO, SR.,

       Plaintiff - Appellant,

    v.

DONNIE COOPER, Vice President, in his official capacity for
Virginia Land & Improvement Corporation; RICK NORMAN, G.M.
in his official capacity for Virginia Land & Improvement
Corporation,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:14-cv-01605-TSE-MSN)

Submitted: October 20, 2015      Decided: October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Louis Bonanno, Sr., Appellant Pro Se. Paul Charles Miller, PAUL
C. MILLER PLC, Annandale, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Bonanno, Sr., seeks to appeal the district court's order dismissing Bonanno's civil action for lack of subject matter jurisdiction and for failure to state a claim. See Fed. R. Civ. P. 12(b)(1), (6). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 4, 2015. The notice of appeal was filed on July 9, 2015. Because Bonanno failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2